Christopher L. Hering #028169
Mickell J. Summerhays #036133
**GAMMAGE & BURNHAM, P.L.C.**
40 North Central Avenue
20th Floor
Phoenix, AZ 85004
T: 602.256.0566
F: 602.256.4475
chering@gblaw.com
msummerhays@gblaw.com
docket@gblaw.com
*Attorneys for Creditor Amit Agrawal*



**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>Holtzman Remodeling LLC,<br><br>Debtor. | Case No. 2:26-bk-10068-DPC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to 11 U.S.C § 342 and Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned counsel of the law firm of Gammage & Burnham, P.L.C. hereby give notice of their appearance as attorneys of record for creditor Amit Agrawal and hereby request copies of all notices of all matters concerning this bankruptcy proceeding, and that they are placed on the master mailing list forthwith, as follows:

Christopher L. Hering
Mickell J. Summerhays
GAMMAGE & BURNHAM, P.L.C.
40 North Central Avenue, 20th Floor
Phoenix, AZ 85004
Telephone: (602) 256-0566
Fax: (602) 256-4475
chering@gblaw.com
msummerhays@gblaw.com
docket@gblaw.com

This request encompasses all notices, copies, and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order, motions, demand, complaints, petitions, pleadings, requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of Amit Agrawal.

DATED this 28th day of October, 2026.

GAMMAGE & BURNHAM, P.L.C.

By: */s/ Christpher L. Hering*
Christopher L. Hering
Mickell J. Summerhays
40 North Central Avenue
20th Floor
Phoenix, AZ 85004
*Attorneys for Creditor Amit Agrawal*

GAMMAGE & BURNHAM, PLC
40 N. CENTRAL AVENUE, 20TH FLOOR
PHOENIX, ARIZONA 85004-4527
(602) 256-0566

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the U.S. Bankruptcy Court using the CM/ECF system which will send notification of such filing to the CM/ECF registrants for this matter.

*/s/ Bwalya Mwansa*

GAMMAGE & BURNHAM, PLC
40 N. CENTRAL AVENUE, 20TH FLOOR
PHOENIX, ARIZONA 85004-4527
(602) 256-0566